RECEIVED
IN MONROE, LA
JUN 17 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SUFERNIA MONTGOMERY | CIVIL ACTION NO. 09-0584 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SEARS ROEBUCK & CO., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling, the Motion for Summary Judgment [Doc. No. 21] by Sears Roebuck & Co. ("Sears") and Anthony Gewin ("Gewin") against Plaintiff Sufernia Montgomery ("Montgomery") is GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that Gewin and Sears' Motion for Summary Judgment on Montgomery's Title VII claims for employment discrimination and hostile work environment is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Gewin and Sears' Motion for Summary Judgment on Montgomery's claims against Gewin is GRANTED.

IT IS FURTHER ORDERED that Montgomery's implied motion to amend her Complaint is granted, and she has fourteen (14) days from the date of this Judgment to amend her Complaint to include a claim against Sears for retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*. The September 23, 2009 Scheduling Order [Doc. No. 10] is hereby VACATED, and the Clerk of Court is instructed to issue a new Scheduling Order once Montgomery timely amends her Complaint.

MONROE, LOUISIANA, this 17th day of June, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE