UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **SUFERNIA MONTGOMERY** | **CIVIL ACTION NO.  09-0584** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SEARS, ROEBUCK & CO., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

For the reasons stated in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 70], to the extent adopted by this Court, and after having considered the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 59], converted to a motion for summary judgment, filed by Defendants Sears, Roebuck & Co. and Anthony Gewin, is hereby GRANTED, and the claims against all Defendants are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Strike [Doc. No. 63], filed by Plaintiff Sufernia Montgomery, is deemed MOOT.

MONROE, LOUISIANA, this 17th day of November, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE